IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CR 19-35-BLG-SPW-4

vs.

ORDER

FRANKLIN LESLIE NORTON,

Defendant.

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 217),

pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause

being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Franklin Norton's supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of

the making of this Order.

DATED this __11th__ day of July, 2023.

SUSAN P. WATTERS
United States District Judge